IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE WILLIAMS,** | Case No. 2:15-cv-02143-WBS-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **D. JUST,** | |
| Defendant. | |

    Good cause appearing, Defendant's motion to stay discovery is granted. All discovery is stayed until Defendant's motion to reconsider the *in forma pauperis* ruling and motion to revoke Plaintiff's *in forma pauperis* privilege has been decided.

    It is so ordered.

Dated:  February 9, 2016

_/s/ Carolyn K. Delaney_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE