```
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   LANCE WILLIAMS,                          No. 2:15-cv-2143 WBS CKD P
12                  Plaintiff,
13        v.                                  FINDINGS AND RECOMMENDATIONS
14   D. JUST,
15                  Defendant.
16
```

17  On February 25, 2016, the court ordered that plaintiff pay the $400 filing fee for this

18 action within 14 days. Plaintiff was warned that failure to pay the filing fee within 14 days would

19 result in dismissal. Plaintiff has not paid the filing fee.

20  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

21 prejudice.

22  These findings and recommendations are submitted to the United States District Judge

23 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

24 after being served with these findings and recommendations, plaintiff may file written objections

25 with the court. The document should be captioned "Objections to Magistrate Judge's Findings

26 and Recommendations." Plaintiff is advised that failure to file objections within the specified

27 /////

28 /////

1 | time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
2 | (9th Cir. 1991).
3 | Dated:  March 24, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
will2143.fpf